ACCEPTED
04-15-00007-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/6/2015 2:31:10 PM
KEITH HOTTLE
CLERK

04-14-00007-CV

CAUSE NO. 3725

| | | |
|---|---|---|
| CLEVAN MYERS<br>Plaintiff | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | 452ND JUDICIAL DISTRICT |
| NEWFIELD EXPLORATION<br>COMPANY.<br>Defendant | §<br>§<br>§<br>§ | EDWARDS COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/6/2015 2:31:10 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF INTENT TO APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Clevan Myers, Plaintiff in the above-referenced cause, and files this his Notice of Intent to Appeal and would show unto the Court as follows:

1.     Clevan Myers, with this pleading, notifies the Court and parties of his intent to appeal the court rulings in favor of Defendant Newfield Exploration Company, granting the Motion for Partial Summary Judgment dated October 2, 2014.

2.     Copies of this order are attached to this notice as Exhibit A.

3.     Plaintiff has requested the Reporter's Record from the hearing of October 2, 2014.

4.     Plaintiff has requested the Clerk's Record.

Respectfully Submitted,

Lloyd A. Muennink
221 E. 9th Street, Suite 203
Austin, Texas 78701
(512) 478-6623 Telephone
(512) 478-6626 Facsimile
State Bar No. 14629000
lloydmuennink@sbcglobal.net
Attorney for Clevan Meyers